Stevener lacked probable cause to arrest Driver for driving while intoxicated.

Sufficient evidence exists to conclude the arresting officer had probable cause to arrest Driver for driving while intoxicated. The facts that Driver appeared intoxicated to the officer and failed two of the three sobriety tests, coupled with his admission of driving the vehicle, are reasonable grounds for an arrest. We hold the judgment of the trial court is not supported by substantial evidence and erroneously applies the law. Accordingly, the judgment is reversed and remanded for the trial court to enter a judgment reinstating Director's revocation of Driver's driving privileges for a period of time to be determined by Director in accordance with Section 302.525, RSMo 1994.

WILLIAM H. CRANDALL, Jr., P.J. and ROBERT E. CRIST, S.J., Concur.

Before: GARY M. GAERTNER, P.J., PAUL J. SIMON, J., and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

This is an appeal from a judgment denying a Rule 29.15 motion without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the motion court's judgment is based on findings of fact and conclusions of law that are not clearly erroneous. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum, for their information only, setting forth the facts and reasons for this order. The judgment is affirmed pursuant to Rule 84.16(b).

**Julie GRAY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 75940.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 7, 2000.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stacy L. Anderson, Asst. Atty. Gen., Jefferson City, for respondent.

**Nancy A. HOLLINS,**
**Petitioner/Respondent,**

v.

**Samuel D. HOLLINS,**
**Respondent/Appellant.**

**No. ED 75841.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 7, 2000.